

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause numbers:      01-18-00770-CR & 01-18-00770-CR

Style:      Matthew Brock v. The State of Texas

Date motions filed[*]:      December 6, 2018

Type of motion:      Second Motion for Extension of Time to File Pro Se *Anders* Response

Party filing motions:      Pro se appellant Matthew Brock

Document to be filed:      Pro se *Anders* Brief Response

Is appeal accelerated?      No.

If motion to extend time:

    Original due date:      December 12, 2018

    Number of extensions granted:      1      Current Due Date:  January 18, 2019

    Date Requested:      N/A (180 days requested)

Ordered that motion is:

    ☐ Granted in part

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☒ Other: _____

    This Court's December 4, 2018 Order granted appellant's pro se form motion for access to the records and granted appellant 45 days from the date of that order, or until January 18, 2019, to file his pro se *Anders* brief response.  Because appellant's second extension request was dated December 6, 2018, he had not yet received the December 4, 2018 Order and 180 days is an excessive amount of time to request as extensions generally requested in 30-day increments.  Accordingly, appellant's motion is **denied** because he was already granted an extension until January 18, 2019, to file his response.

Judge's signature: ___/s/ Laura C. Higley_____
                 x  Acting individually      ☐ Acting for the Court
Date: __December 13, 2018_____